[No. 66014-4-I.   Division One.   December 27, 2011.]

LYLE RADER ET AL., *Appellants*, v. WHATCOM COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 08-2-02663-5, Steven J. Mura, J., entered August 20, 2010. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Cox and Ellington, JJ.

[No. 66061-6-I.   Division One.   December 27, 2011.]

SYDNEY ALLRUD, *as Administrator, Appellant*, v. THE CITY OF EDMONDS ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 09-2-02717-8, David A. Kurtz, J., entered September 2, 2010. *Affirmed* by unpublished opinion per Becker, J., concurred in by Cox and Lau, JJ.

[No. 67160-0-I.   Division One.   December 27, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. RYAN RAYNARD JACKSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-1-04241-3, Susan Serko, J., entered March 26, 2010. *Affirmed* by unpublished opinion per Leach, A.C.J., concurred in by Grosse and Appelwick, JJ.

[No. 67367-0-I.   Division One.   December 27, 2011.]

*In the Matter of the Marriage of* CORRY TIGHE MARTIN, *Appellant*, and CRYSTAL MARIE MARTIN, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-3-03740-2, Kathryn J. Nelson, J., entered March 24, 2010. *Affirmed* by unpublished opinion per Leach, J., concurred in by Dwyer, C.J., and Ellington, J.